IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMELL THOMPSON, | : | |
| Petitioner, | : | 1:15-cv-0380 |
| v. | : | Hon. John E. Jones III |
| | : | |
| FACILITY MANAGER, TAMMY FERGUSON, et al., | : | |
| Respondents. | : | |

## ORDER

### February 18, 2016

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED as time-barred by the statute of limitations.  *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c ).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge